Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

US
v
Timothy Khan

Docket No.: 07 Cr 355 (MGC)

Miriam G. Cedarbaum
(District Court Judge)

Notice is hereby given that _Timothy Khan_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [___] _____ (specify)

entered in this action on _8/5/08_ (date)

Offense occurred after November 1, 1987    Yes [Y]    No [___]

This appeal concerns: Conviction only [___]    Sentence only [___]    Conviction and Sentence [Y]

Date: August 8, 2008
TO
AUSA John Streeter
One St. Andrew's Plaza
NY NY 10007
(212) 637-2272
ADD ADDITIONAL PAGE (IF NECESSARY)

Donald Yannella Esq
(Counsel for Appellant)
Address: 7 Dey Street, #803
NY NY 10007

Telephone Number: 212 226-2883

U.S. DISTRICT COURT FILED AUG 08 2008 S.D. of N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [X] I am ordering a transcript<br>[___] I am not ordering a transcript<br>Reason<br>[___] Daily copy is available<br>[___] U.S. Attorney has placed order<br>[___] Other. Attach explanation | Prepare transcript of<br>[Y] Prepare proceedings<br>[___] Trial<br>[X] Sentencing<br>[___] Post-trial proceedings | pleadings  Dates 3/18/08<br><br>7/31/08 |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [Y] Funds [___]  CJA Form 24 [___]

ATTORNEY'S SIGNATURE _Donald J. Yannella III_    DATE _August 8, 2008_

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05